Revised 01-2012

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

**FILED** Application (1)

JAN 2 0 2016

U.S. BANKRUPTCY COURT
BY_____ DEPUTY

IN RE:

| Martin + Patricia Sanchez | 14-30975 |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Patricia Sanchez

PHONE NUMBER: 915-261-8390   LAST FOUR DIGITS OF SOCIAL SECURITY NO: 0137

MAILING ADDRESS: 14628 Spanish Point Dr.

CITY: El Paso   STATE: TX   ZIP: 79938

and that a dividend in the amount of $5727.41 was awarded in this case to the claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 1-6-2016

_____
Claimant's Signature

State of Texas
County of El Paso
Subscribed and sworn to before me this 5th day of January, 2016.

_____
Notary Public

My commission expires: 01/30/19

Mail to: United States Bankruptcy Court
Attn: Annette Anderson, Finance
615 E. Houston, Suite 546
San Antonio, TX  78205


EDWARD DOTSON
Notary Public, State of Texas
My Commission Expires
January 30, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
__AUSTIN__ DIVISION

IN RE:

MARTIN & PATRICIA J SANCHEZ

§
§
§
§
§
§
§

Chapter 13

Debtor(s)

Bankruptcy Case No.
14-30975

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the __6__ day of __JANUARY__, 20__16__, a copy of the APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS, and all related attachments, was served on the United States Attorney for the Western District of Texas at the following address:

⦿ Austin Division
US Attorney
Frost Bank Plaza
816 Congress, Suite 1000
Austin, TX 78701

○ El Paso Division
US Attorney
US Courthouse
700 E. San Antonio, Suite 200
El Paso, TX 79901

○ San Antonio Division
US Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78216

○ Waco Division
US Attorney
800 Franklin Ave, Suite 280
Waco, TX 76701

○ Midland Division
US Attorney
400 W. Illinois Street, Suite 1200
Midland, TX 79701

Dated: __1-6-16__          By: __Patricia Sanchez__